**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

October 19, 2026

**BY ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
Frank Lautenberg Post Office
& U.S. Courthouse
2 Federal Square, Courtroom 1
Newark, NJ 07102

**Re: *Mehta v. Allen,* Civil No. 26-10460 (BRM)**
**Request for Extension of Time to Answer on Consent**

Dear Judge Martinotti:

This Office represents John M. Allen, Joseph B. Edlow, Markwayne Mullin, and the United States of America (hereinafter "Federal Defendants") in this matter brought under the Administrative Procedures Act, by Plaintiff Mehulbhai Indravadanbhai Mehta. We respectfully request a 90-day extension of the answer deadline from October 20, 2026 to January 18, 2027. Petitioner's counsel, David A. Isaacson, consents to this request.

Good cause supports this request. On or about August 17, 2026, Plaintiff filed the instant complaint, ECF No. 1, asking the Court to "vacate [U.S. Citizenship and Immigration Services' ("USCIS")] arbitrary and capricious Decision, or, in the alternative, at least compel USCIS to act on the Motion promptly." ECF No. 1 ¶ 3. In the interim, USCIS *sua sponte* issued a decision granting Plaintiff's motion to reopen its denial of Plaintiff's Form I-140 application. *See* Ex. 1 (Aug. 31, 2026, USCIS Decision). USCIS subsequently issued two new Notices of Intent to Revoke (NOIRs) relating to the I-140 application. This extension of time would allow USCIS to adjudicate the NOIRs and related From I-140 application.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via *electronic filing*)

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: OCT. 20, 2026